**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:26-cv-24573-DPG**

**ASTRID GARCIA** individually and on behalf of all others similarly situated**,**

*Plaintiff*,

v.

**FUTUREDONTICS, LLC d/b/a 1-800-DENTIST.,**

*Defendant*.

______________________________________/

**CERTIFICATE OF INTERESTED PERSONS**
**AND CORPORATE DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to this Court's interested persons order:

1) the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in this case:

- Astrid Garcia (Plaintiff)
- Shamis & Gentile, P.A. (Counsel for Plaintiff)
- Milberg, PLLC. (Counsel for Plaintiff)
- FurtureDontics, LLC d/b/a 1-800-Dentist (Defendant)

2) the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

   - None known.

3) the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors):

   - None known.

4) the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

   - Astrid Garcia, Plaintiff

   - Unnamed Class Members

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated: July 7, 2026

Respectfully Submitted,

*s/ Tonyia Johnson*
Tonyia Johnson (Bar No. 1058251)
**SHAMIS & GENTILE, P.A.**
14 NE 1st Ave, Suite 705
Miami, FL, 33132
305-479-2299
tjohnson@shamisgentile.com

*Counsel for Plaintiff and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

**SHAMIS & GENTILE, P.A.**
14 NE 1st Ave., Suite 705
Miami, FL 33132
Telephone (305) 479-2299
Facsimile (786) 623-0915
Email: tjohnson@shamisgentile.com

By: *<u>/s/ Tonyia Johnson</u>*
Tonyia Johnson